# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   KENNETH L AUSTIN                                  Case No.: 11-14539

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/06/2011.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 06/23/2011.

6) Number of months from filing to the last payment: 0

7) Number of months case was pending: 5

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    5,000.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ .00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ .00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ .00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ .00 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ .00 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CHICAGO MUNICIPAL EM | SECURED | 10,575.00 | 11,436.08 | 11,436.08 | .00 | .00 |
| CHICAGO MUNICIPAL EM | UNSECURED | 861.08 | NA | NA | .00 | .00 |
| RHONDA SERVANT | PRIORITY | 6,351.71 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST HOSP | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| AFFIRMATIVE INSURANC | UNSECURED | 1,423.20 | NA | NA | .00 | .00 |
| ATG CREDIT LLC | UNSECURED | 49.00 | NA | NA | .00 | .00 |
| BUDS AMBULANCE SERVI | UNSECURED | 403.00 | NA | NA | .00 | .00 |
| CARDIOVASCLAR CONSUL | UNSECURED | 71.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 1,173.18 | 2,043.18 | 2,043.18 | .00 | .00 |
| CONSULTANTS IN CADIO | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| DES PLAINES RADIOLOG | UNSECURED | 49.00 | NA | NA | .00 | .00 |
| DOROTHY BROWN | UNSECURED | 152.00 | NA | NA | .00 | .00 |
| EMERGENCY CARE PHYSI | UNSECURED | 644.00 | NA | NA | .00 | .00 |
| EMERGENCY CARE PHYSI | UNSECURED | 293.00 | NA | NA | .00 | .00 |
| EMERGENCY CARE PHYSI | UNSECURED | 351.00 | NA | NA | .00 | .00 |
| ETI FINANCIAL CORPOR | UNSECURED | 34.17 | NA | NA | .00 | .00 |
| GOPAL MADHAV MD SC | UNSECURED | 270.00 | NA | NA | .00 | .00 |
| HEALTH CARE SERVICE | OTHER | .00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 283.20 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 282.80 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 566.00 | NA | NA | .00 | .00 |
| LITTLE COMPANY OF MA | UNSECURED | 2,182.42 | NA | NA | .00 | .00 |
| LITTLE COMPANY OF MA | UNSECURED | 20.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LITTLE COMPANY OF MA | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| MALCOLM S GERALD & A | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| METRO CENTER FOR HEA | UNSECURED | 5.00 | NA | NA | .00 | .00 |
| METRO CENTER FOR HEA | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| METRO CENTER FOR HEA | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| METRO SOUTH MEDICAL | UNSECURED | 100.00 | 300.00 | 300.00 | .00 | .00 |
| METRO CENTER FOR HEA | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| PRADEEP THEPAR MD SC | UNSECURED | 290.00 | NA | NA | .00 | .00 |
| PRONGER SMITH MEDICA | UNSECURED | 20.00 | 2,554.00 | 2,554.00 | .00 | .00 |
| RENUKA H BHATT MDSC | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| SSM HEALTH CARE | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | 220.00 | NA | NA | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 411.47 | NA | NA | .00 | .00 |
| US CASH IL LLC | UNSECURED | 4,013.69 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 882.50 | NA | NA | .00 | .00 |
| WASHINGTON MUTURL BA | UNSECURED | 1,900.00 | NA | NA | .00 | .00 |
| RHONDA SERVANT | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 11,436.08 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 11,436.08 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 4,897.18 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | .00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | .00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/19/2011                    /s/ Tom Vaughn
                                      Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**